## PRAIRIE OIL & GAS CO. et al. v. CURRY.
### (No. 1468.)

(Court of Civil Appeals of Texas. El Paso. May 3, 1923.)

**Appeal and error ⬅═➡792—Appellate court may dismiss appeal of own motion when case set down for regular order, but no briefs are filed.**

Under Rev. St. art. 2115, and rules 38, 40, and 102, promulgated by the Supreme Court

for the preparation of cases on appeal, an appeal may be dismissed by the appellate court of its own motion, where the case was set down in its regular order for submission, but no briefs for either side were filed.

Appeal from District Court, Eastland County; Geo. L. Davenport, Judge.

Action between the Prairie Oil & Gas Company and others and G. C. Curry. From an adverse judgment, the Prairie Oil & Gas Company appeals. Appeal dismissed.

Scott, Brelsford, Funderburk & Ferrell, of Eastland, for appellant.

Burkett, Orr & McCarty, of Eastland, for appellee.

HARPER, C. J. The transcript in this case was filed May 12, 1922. The case was set down in its regular order for submission. No briefs for either side have been filed. Under article 2115, Revised Statutes, and rules 38, 40, and 102 promulgated by the Supreme Court for the preparation of cases on appeal, the appeal may be dismissed by the court of its own motion. It is so ordered. Mandry et al. v. Brown Cracker & Candy Co. (Tex. Civ. App.) 248 S. W. 1095; Eastham v. Smither ·(Tex. Civ. App.) 248 S. W. 1099.

Dismissed.